# Exhibit 2

**MADSEN** LAW P.C.
N E W   Y O R K

111 Broadway
Trinity Building, 13th Floor
New York, NY 10006
(212) 346-7744
Fax (212) 346-4665
www.madsenlawpc.com

March 31, 2014

**BY CERTIFIED MAIL AND EMAIL**

Mr. Parnell Duverger
6210 Wiles Rd., Suite 303
Coral Springs, FL 33067
p_duverger@yahoo.com

      Re:    <u>Pre-Lawsuit Notice Letter</u>

Mr. Duverger:

      This law firm has been engaged to represent Mr. Salim Succar in a forthcoming defamation lawsuit against you, and all other persons and entities associated with the publication of the enclosed article, entitled "Laurent Lamonthe [sic]: Money, Guns, Drugs and a Leggy Blonde" (the "Article").

      The Article, which was published on or about March 22, 2014 on the website http://omegaworldnews.com (the "Website"), claims that Mr. Succar is a "gunrunner" for Laurent Lamothe, Haiti's Prime Minister. According to the Article, Mr. Succar "is the person charged with purchasing illegal guns" for Mr. Lamothe from "gun sellers in Israel, Russia and other places around the world." The Article claims that "[i]n early 2013, Mr. Sukar [sic] travelled to Israel to broker a weapon deal knowing fully well that there is a gun embargo on Haiti since at least 2004." The Article asserts that Mr. Succar illegally placed "the first gun order in April of 2013 for a total of 1,600 Galil's [sic] with infrared silencers and 9,000 automatic 9-millimeter handguns. These guns were shipped via Canada in partial shipments to Haiti with no more than 200 guns per shipment." The Article claims that Mr. Succar made the purchase "to assassinate those who dare oppose [Mr. Lamothe] or arm those who make [Mr. Lamothe] rich." The "FBI and the US State Department" are purportedly "looking into the purchase."

      As you knew at the time you chose to publish these statements, the author of the Article – Emmanuel Roy – is a convicted criminal: on December 5, 2013 (*i.e.*, before the publication of the Article), he was sentenced to 87 months of federal incarceration by a District Judge in the United States District Court for the Southern District of New York, after having been found guilty by a jury of several charges including fraud. Mr. Roy's propensity to lie and engage in fraudulent behavior was public information available from numerous court records, among other places. In fact, prior to the Article's publication, Mr. Roy's license to practice law in both New York and Florida had been revoked for conduct involving fraud, dishonesty, and theft from clients, and a federal judge had characterized Mr. Roy's unethical and fraudulent representation of a client in a case in Florida as "outrageous, disgusting, [and] abhorrent," – "the 'most outrageous' in [the judge's] '25 years on the bench and before that.'"

Needless to say, the statements in the Article about Mr. Succar are completely false. They are malicious, vindictive, and devoid of any basis whatsoever in fact or in truth. The statements, which were made merely to smear Mr. Succar, are defamatory *per se*.

Please consider this letter as your five (5) day pre-suit notice before we take legal action. We will, however, give you one – and only one – opportunity to avoid a lawsuit. By April 8, 2014, you must agree to:

1. Publish a retraction of the Article and an apology to Mr. Succar on the Website, pre-approved by us, and which must appear prominently and conspicuously on the Website's home page and remain there for as long as the Article has been accessible on the Website;

2. Remove the Article from the Website;

3. Remove the Article from any other websites or social media under your control;

4. Agree to fully cooperate with us in any and all attempts to have the Article removed from search engines such as Google, Bing, Yahoo, and Ask.com; and

5. Sign a settlement agreement encompassing the foregoing terms and conditions.

If you do not agree to these terms before April 8, 2014, we will proceed with legal action and seek any and all remedies available under the law, including punitive damages. This is your one opportunity to set the record straight. We sincerely hope to hear from you by April 8, 2014. I may be reached at the above-referenced telephone number or e-mail.

Best regards,

MADSEN LAW P.C.

BERTRAND MADSEN

encl.

NOTE: The content of this letter does not constitute a complete or exhaustive statement of all of our client's rights and claims. Nothing stated herein is intended as, or should be deemed to constitute, a waiver or relinquishment of any rights or remedies, whether legal or equitable, all of which are hereby expressly reserved.

- Search...  Search
  - Home
  - Editorial
  - World News »
  - Flash
  - News Links
  - Contact us
  - About us

  - RSS Feed

# Laurent Lamonthe: Money, Guns, Drugs and a Leggy Blonde

Posted in: Uncategorized



## Laurent Lamonthe: Money, Guns, Drugs and a Leggy Blonde

By: Emmanuel Roy a former political advisor to President Michel Joseph Martelly.

San Francisco, CA – If you are Haitian Prime Minister Laurent Salvador Lamothe, you bribe some members of the Haitian Senate to become Prime Minister. Then, you rob the country of 465 million dollars from fictitious contracts, kickbacks and illegal profit sharing. Next, you find yourself a leggy blonde named Petra Newcova from a country that most Haitians cannot pronounce; you use government funds to finance the leggy blonde's lavish lifestyle with apartments in Paris, Prague, Santo Domingo and Cousine Island. Finally, you purchase military grade weapons with silencers to assassinate those who dare to oppose you or arm those who make you rich, especially if you are trying to become President of Haiti in less than 24 months to avoid prosecution in the United States for corruption. You do all of this, while seventy-percent of your countrymen remain illiterate and unemployed. Those who are employed make less than $3.00 a day; and 60 percent of the children between the ages of 1 and 5 have never seen a doctor. How do you live with yourself you ask? Well if you are Laurent Lamothe it is easy. The man is heartless.

A few weeks ago, while the FBI was looking into the illegal weapons purchased by Laurent Salvador Lamothe, congressman Arnel Belizaire announced that he had conducted his own investigation into the illegal gun purchases and recovered copies of manifests and receipts. Congressman Belizaire did not look hard enough. Salin Sukar, an attorney and Mr. Lamothe's advisor has many roles, and one of them is that of a gunrunner. He is the person charged with purchasing illegal guns because of his established relationship with gun sellers in Israel, Russia and other places around the world. Early in

- Search...  Search
- TRANSLATE THIS PAGE

Select Language ▼

Help for McAfee Antivirus
guruaid.com/McAfee_Antivirus_Plus
GuruAid's Help & Support for McAfee Antivirus Plus. Call Us Today!

Mac Antivirus

Free Antivirus Download

Free Chat Rooms

Haiti Girls Dating

Arrest Records: 2 Secrets

Norton Antivirus™ - Free

Top 10 Web Hosting Sites

Laurent Lamonthe: Money, Guns, Drugs and a Leggy Blonde

2013, Mr. Sukar travelled to Israel to broker a weapon deal knowing fully well that there is a gun embargo on Haiti since at least 2004, which is why the FBI and the US State Department are looking into the purchase.

Mr. Sukar placed the first gun order in April of 2013 for a total of 1,600 Galil's with infrared silencers and 9,000 automatic 9-millimeter handguns. These guns were shipped via Canada in partial shipments to Haiti with no more than 200 guns per shipment. According to the chief of the Haitian Police, he is neither aware of any orders for guns nor has he asked for guns. The Haitian Senate and the Minister of Finance Wilson Lalleau had not approved any money for guns in the 2013-2014 government budget, which raises many questions: Where did Lamothe get the money to purchase these weapons? Why is Lamothe buying military grade weapons when Haiti has not had an army since 2004? The FBI and the US State Department are asking the same questions.

However, the Haitian media both in Haiti and overseas has yet to investigate these illegal acts. Our sources in the Haitian Senate have informed us that Senate President Simon Dieuseul Desras is considering an interpellation of Laurent Lamothe to explain these purchases. But more important than this is the overt silence of the Haitian media.

In most democratic countries, the media is considered the fourth power. In Haiti, everything is for sale including dignity, personality, and blood. According to our sources Mr. Lamothe has been paying between 4,000 and 12,000 US dollars a month to Haitian media in Haiti. With the exception of Haiti Obervateur and Tout-Haiti, most of the Haitian print media appear to have sold-out ignoring their duty to inform, question and investigate. This explains why, the Haitian media has been so silent in the face of clear unrepentant theft of government resources. The media should be investigating the followings: the three apartments belonging to Lamothe's girlfriend Petra Newcova that the Haitian Government is paying for; the purchase of military grade weapons; and the illegal kickbacks from several companies doing business in Haiti; the theft of almost four million dollars given to Haiti from Uruguay. It is a duty.

Mr. Lamothe says often "at the end of the day it all comes down to money and everyone has a price." Knowing this fully well, Lamothe has set aside 20 million US dollars to buy the Haitian Presidency and members of the CEP have already had at least three clandestine meetings with Laurent Lamothe to ensure that he is not only on the ballot but that he actually wins the Presidency. The Haitian Diaspora is on notice because Lamothe knows that he cannot control the Diaspora and believes most of the members of the Diaspora are Lavalassiens and not to be trusted to vote the right way which explains why he has not lifted a finger to ensure that the Haitian Diaspora can vote in the presidential election of 2016.

The Sixty-five thousand dollar question is whom will President Martelly endorse as his successor? God helps us if it is Laurent Lamothe.

Follow Manny on Twitter: @EJRManny.

facebook Google- twitter

**Comments Closed**

Comments are closed. You will not be able to post a comment in this post.



- META
  - Log in
  - Entries RSS
  - Comments RSS
  - WordPress.org

AdChoices ▷   ► News Haiti   ► Omega Automatic   ► World News Russia   ► Omega 3 Omega 3

Omega World News Disclaimer The views and opinions expressed in any and all articles that are not signed by a member of the Omega World news staff, or carry our logo, are those of theirs authors or publishers, and do not necessarily reflect any official policy or position of Omega World News and/or any member of its staff.

**Subject:** Pre-Lawsuit Notice Letters - Laurent Lamothe, Salim Succar
**Date:** Monday, March 31, 2014 at 6:02:35 PM Eastern Daylight Time
**From:** Bertrand Madsen
**To:** p_duverger@yahoo.com

Dear Mr. Duverger:

Please see the attached letters sent on behalf of Mr. Laurent Lamothe and Mr. Salim Succar.

Best regards,


Bertrand Madsen
MADSEN LAW P.C.
111 Broadway
Trinity Building, 13th Floor
New York, NY 10006
Tel. (212) 346-7744
Cell (646) 413-5471
Fax (212) 346-4665
www.madsenlawpc.com

This email message, including any attachments, is only for the use of the intended recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other protections. If you are not an intended recipient, you may not review, copy or distribute this message; please notify the sender and delete this message, including any attachments, from your system. IRS Circular 230 Disclosure: to ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written by the firm to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the internal revenue code, or (ii) promoting, marketing, or recommending to another party any tax-related matter herein.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

POMPANO BEACH FL 33067   OFFICIAL USE

| | | |
|---|---|---|
| Postage | $0.49 | 0005 |
| Certified Fee | $3.30 | 22 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $3.79 | 03/31/2014 |

7012 3460 0000 5841 0852

Sent To: Parnell DUVERGER  (S.S.)
Street, Apt. No.; or PO Box No.: 6210 Wiles Rd., Ste 303
City, State, ZIP+4: Coral Springs FL 33067

PS Form 3800, August 2006                See Reverse for Instructions

USPS.com® - USPS Tracking™ 4/15/14, 4:33 PM

English    Customer Service    USPS Mobile                                          Register / Sign In

 USPS.COM                              Search USPS.com or Track Packages

Quick Tools
Track
Enter up to 10 Tracking # Find     Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Look Up a ZIP Code™           Customer Service ›
Hold Mail                                          Have questions? We're here to help.
Change of Address

## USPS Tracking™

Tracking Number: 70123460000258410852

Expected Delivery Day: Thursday, April 3, 2014

## Product & Tracking Information                  ## Available Actions

**Postal Product:**       **Features:**
First-Class Mail®         Certified Mail™                USPS Text Tracking™

| DATE & TIME | STATUS OF ITEM | LOCATION |                 Email Updates
|---|---|---|
| April 3, 2014, 3:45 pm | Delivered | POMPANO BEACH, FL 33067 |
| April 3, 2014, 9:53 am | Out for Delivery | POMPANO BEACH, FL 33073 |
| April 3, 2014, 9:43 am | Sorting Complete | POMPANO BEACH, FL 33073 |
| April 3, 2014, 9:16 am | Arrival at Unit | POMPANO BEACH, FL 33073 |
| April 2, 2014, 10:05 pm | Processed through USPS Sort Facility | MIAMI, FL 33152 |
| April 2, 2014 | Depart USPS Sort Facility | MIAMI, FL 33152 |
| March 31, 2014 | Depart USPS Sort Facility | NEW YORK, NY 10199 |
|  | Processed at USPS Origin Sort Facility |  |
| March 31, 2014, 8:34 pm |  | NEW YORK, NY 10199 |
| March 31, 2014, 6:53 pm | Dispatched to Sort Facility | NEW YORK, NY 10007 |
| March 31, 2014, 1:15 pm | Acceptance | NEW YORK, NY 10007 |

## Track Another Package
What's your tracking (or receipt) number?

[                                          ]   Track It

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

USPS.COM | Copyright© 2014 USPS. All Rights Reserved.