SSMJ INC
P. O. Box 530852
Miami Shores FL, 33153.
ph: (305) 742-1093
fx: 1(305) 402-2223

# Invoice

| Date | Invoice # |
|---|---|
| 6/24/2015 | 2095 |

| Bill To |
|---|
| 1221 Brickell Ave., Suite 900<br>Miami, Fl, 33131<br>Garza & Redavid LLP<br>Att: Jordan Redavid |

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 57 | Transcript 57 pages<br>Case Style ITMO: Salim Succar v Parnell Duverger<br>Case #: 14-CV-61202-DPG<br>date of depo: 6/15/15<br>Witness: Salim Succar<br>location: 1221 Brickell Ave. #900<br>Requested by: Jordan Redavid<br>Service requested: Regular | 3.95 | 225.15 |

Thank you for your business.
SSMJ INC. FEID#26-4095783

**Total** $225.15